UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 AUG -4 PM 1: 27

CLERK

BY  AL
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No.: 2:22-cr-85-1 |
| FAHAD HILOWLE, | ) |
| Defendant | ) |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about July 16, 2022, in the District of Vermont, defendant FAHAD HILOWLE, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime, knowingly possessed a Smith and Wesson M&P 9mm handgun S/N JDS5338 which had been shipped and transported in interstate and foreign commerce.

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

1

FORFEITURE NOTICE

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 18 U.S.C. § 922(g)(1) set forth in Count this Indictment, the defendant, FAHAD HILOWLE shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing and willful commission of the offense, including, but not limited to: Smith and Wesson M&P 9mm handgun S/N JDS5338.

A TRUE BILL

FOREPERSON

*Nikolas P. Kerest* (WLF)
NIKOLAS P. KEREST (WLF)
United States Attorney
Burlington, Vermont
August 4, 2022

2