**Dear Honorable Judge,**

I apologize for this unfortunate circumstance we are here for today, I wish we would have been introduced in a better way. I am Fadumo Gabere, the mother of Fahad Hilowle, I would like to start with a sincere apology for the mistakes and trouble my son has brought to himself and to the people in the courtroom here today.

Although with it being clear with having a alcohol problem and making really bad decisions and hanging with the wrong crowd, I would also like to add that as a mother my son is in fact nothing he portrays himself to be. He's a very genuine and loving person, who has a bright future in himself. With all the things he's gotten himself into he's always understood the importance of facing his consequences at the end. He is continuously trying to show me that he could be the person who I truly know he can be.

Fahad comes from a very large loving family and is always surrounded by them. I have 8 children, some married with children. He has Family and siblings who are scattered around the US, Fahad coming from a large family he's always trying his best to be there for everybody. He has sacrificed his time and energy making his family happy and close together. This is not the person we see Fahad here today, in my eyes Fahad is a kind hard working man who got his life together and got himself a studio apartment all on his own in hopes of getting his life on a better path. He's aware of all the mistakes he's made and with no doubt he will change himself not to mention with the encouragement and motivation of his family. We as a mother, father, brother's, sister's, nieces and nephews encourage him to be a better person and with that being said your honor we are all here to give that extra hand in being there with him to support his journey in fixing his past mistakes.

The months before this incident, we had seen a remarkable version of Fahad which proves he is not the problem that brought us here but the alcohol is the main issue, that "portrays" him as a dumb vulnerable decision making person not a dangerous person.

Your honor, In conclusion I believe in my best interest Fahad has passion and determination to make a better name/life for the future in himself and his future legacy. I would appreciate your kindness in helping Fahad and I his mother in the path to being a successful man.

Thank you. I really appreciate you for taking the time to consider this letter.

Yours Sincerely,
Fadumo Gabere