# NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                Case No. 2:22-cr-085-1

Fahad Hilowle

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Tuesday, August 08, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Sentencing.

Location: Courtroom 510                                JEFFREY S. EATON, Clerk
                                                                      By: */s/ Jennifer B. Ruddy*
                                                                      Deputy Clerk
                                                                      4/10/2023

TO:

Wendy L. Fuller, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter